UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEBORAH ADAMS, | : |
|                 Plaintiff, | : Civil Action No.: |
| | : 307CV01035 |
|   -against- | : |
| | : October 28, 2008 |
| NATIONAL ENGINEERING SERVICE CORPORATION and VERIFICATIONS INC. | : |
|                 Defendants. | : |

## DEFENDANT, VERIFICATION INC.'S, EXHIBITS FOR ITS MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM OF LAW IN SUPPORT

Verifications Inc. ("Verifications"), Defendant in the above-referenced matter, respectfully submits these Exhibits with its Motion for Summary Judgment and Memorandum of Law in Support.

Yours, etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
Michael W. Coffey
Attorneys for the Defendant
VERIFICATIONS INC.
3 Gannett Drive
White Plains, New York 10604
Tel: (914) 323-7000
Fax: (914) 323-7001
Michael.Coffey@wilsonelser.com
U.S. Court Number 18310
File No.: 08379.00072

2165252.1

## **CERTIFICATION**

It is hereby certified that the above was electronically filed and mailed to all counsel of record on the 28th day of October 2008:

TO:

Madsen, Prestley & Parenteau, LLC
Attorneys for Plaintiff
44 Capitol Avenue
Suite 201
Hartford, CT 06106
Attn: Attorney William Madsen

Goldstein and Peck, P.C.
1087 Broad Street
Bridgeport, CT 06604
Attn: Attorney William J. Kupinse, Jr.

_____
Michael W. Coffey
(U.S. Court No. 18310)

2165252.1

## LIST OF EXHIBITS

**Exhibit A:**   Mary Poquette's deposition

**Exhibit B:**   User Service Agreement

**Exhibit C:**   Christopher Sullivan's deposition

**Exhibit D:**   Kathy Shapleigh's deposition

**Exhibit E:**   Plaintiff's deposition

**Exhibit F:**   Drug Test Release and Release of Information Authorization Form

**Exhibit G:**   Pittsylvania County Court Record

**Exhibit H:**   Barry Nadell's expert report

2165252.1