UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEBORAH ADAMS, : <br><br> Plaintiff, : <br> : <br> -against- : <br> : <br> NATIONAL ENGINEERING SERVICE CORPORATION : <br> and VERIFICATIONS INC. : <br> : <br> Defendants. : | Civil Action No.: <br> 307CV01035 <br><br> November 4, 2008 |

### DEFENDANT, VERIFICATION INC.'S, EXHIBITS FOR ITS MEMORANDUM OF LAW IN OPPOSITION TO NATIONAL ENGINEERING SERVICE CORPORATION'S MOTION FOR SUMMARY JUDGMENT

Verifications Inc. ("Verifications"), Defendant in the above-referenced matter, respectfully submits these Exhibits with its Memorandum of Law in Opposition of National Engineering Service Corporation's (National's) Motion for Summary Judgment.

Yours, etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
Kevin Zimmerman
Attorneys for the Defendant
VERIFICATIONS INC.
3 Gannett Drive
White Plains, New York 10604
Tel: (914) 323-7000
Fax: (914) 323-7001
Michael.Coffey@wilsonelser.com
U.S. Court Number 27837
File No.: 08379.00072

2171552.1

## CERTIFICATION

It is hereby certified that the above was electronically filed and made electronically available to all counsel of record on the 4th day of November 2008:

TO:

Madsen, Prestley & Parenteau, LLC
Attorneys for Plaintiff
44 Capitol Avenue
Suite 201
Hartford, CT 06106
Attn: Attorney William Madsen

Goldstein and Peck, P.C.
1087 Broad Street
Bridgeport, CT 06604
Attn: Attorney William J. Kupinse, Jr.

_____
Kevin Zimmerman
(U.S. Court No. 27837)

2171552.1

## LIST OF EXHIBITS

**Exhibit A:**  Mary Poquette's deposition

**Exhibit B:**  User Service Agreement

**Exhibit C:**  Christopher Sullivan's deposition

**Exhibit D:**  Kathy Shapleigh's deposition

**Exhibit E:**  Plaintiff's deposition

**Exhibit F:**  Drug Test Release and Release of Information Authorization Form

**Exhibit G:**  Pittsylvania County Court Record

**Exhibit H:**  Barry Nadell's expert report

**Exhibit I:**  Discovery scheduling order

**Exhibit J:**  Court order granting plaintiff's extension to depose National's expert/oppose Summary Judgment motion

2171552.1