Reminder: AOL will never ask you to send us your password or credit card number in an email.   This message has been scanned for known viruses.

| | |
|---|---|
| **From:** | lokeefe@natleng.com |
| **To:** | djatda@aol.com |
| **Subject:** | job interview scheduled |
| **Date:** | Fri, 13 Apr 2007 2:20 PM |

Deb;
I hope you are doing well and are still interested in the contract administrators job I submitted you for on March 29th. I got a call from them just now and they would like to interview you on Thursday, April 19th at 9:00 am at their facility. You will be meeting with Byron Maddox and he is at extension 2086. They will ask you the extension when you check in. I left you a phone message but I believe I said Tuesday on the message. It is on Thursday. Please call me to confirm or drop me an e-mail.

Thank-you;
Lary O'Keefe
National Engineering
1-800-562-3463 (ext409)
lokeefe@natleng.com



**NATIONAL**
**N E S C**
A CONTRACT STAFFING COMPANY

**NATIONAL**
**N E S C**
A CONTRACT STAFFING COMPANY

*Lary*
*978-363-2353*