## PLAINTIFF'S ANTICIPATED EXHIBITS

| No. | Date | Description |
|---|---|---|
| 12/14/09 1. Full | 07-13-2004 | User Certification and Client Services Agreement. |
| 12/15/09 2. Full | 03-29-2007 | Guidant Staff Enabler for client Northeast Utilities. |
| 12/15/09 3. Full | 05-03-2007 | Employment Eligibility Verification (Form I-9) with Affidavit attached. |
| 12/15/09 4. Full | 05-09-2007 | Quest Diagnostics Forensic Drug Testing Custody and Control Form |
| 12/15/09 5. Full | 04-30-2007 | Direct Deposit Form |
| 12/15/09 6. Full | 04-30-2007 | Form W-4 for 2007. |
| 12/15/09 7. Full | 04-30-2007 | Employee Patent-License-Copyright Agreement. |
| 12/15/09 8. Full | 04-30-2007 | Payroll and Security Information. |
| 12/15/09 9. Full | 04-30-2007 | Right to Know – Certification. |
| 12/15/09 10. Full | 04-30-2007 | Commonwealth of Massachusetts Notification of Unemployment Insurance Eligibility Requirement. |
| 12/15/09 11. Full | 04-30-2007 | Pre-Employment Registration Form. |
| 12/15/09 12. Full | 04-26-2007 | Employment Letter/Welcome. |
| 13. | Undated | New Employee Sign Up/Status Change Information Sheet. |
| 12/15/09 14. Full | 04-30-2007 | Employee Hourly Contract and Obligations. |
| 12/15/09 15. Full | Undated | Sexual Harassment Policy |
| 12/15/09 16. Full | Undated | Plan Highlights for Madison Resource Funding 401(k) Plan. |
| 12/15/09 17. Full | Undated | EEO & ADA Statement Temporary/Contract Employee Employment Information. |
| 12/15/09 18. Full | Undated | Section 125 Plan Benefit – Dependent Care. |
| 12/15/09 19. Full | Undated | Alcohol and Drug Free Workplace Policy. |
| 12/15/09 20. Full | Undated | Defined Benefit Medical Plans for Members of the American Staffing Association |
| 21. | 05-03-2007 | DVS Production Database – Data Verification System by user Mary Poquette. |
| 12/15/09 22. Full | 05-03-2007 | DVS Production Database – Data Verification System by user Mary Poquette showing criminal searches. |
| 12/17/09 23. Full | 05-03-2007 | DVS Production Database – Data Verification System by user Mary Poquette searches in national databases. |
| 24. | 05-03-2007 | DVS Production Database – Data Verification System by user Mary Poquette showing Substance Abuse Services. |

1

| No. | Date | Description |
|---|---|---|
| 25. | 05-03-2007 | DVS Production Database – Data Verification System by user Mary Poquette – unknown page. |
| *12/15/09* 26. *Full* 05-05-2007 | | Email from Christopher Sullivan to Kathleen Shapleigh regarding Deborah Adams and their concerns regarding felony record. |
| *12/15/09* 27. *Full* 05-08-2007 | | Verifications: Background Investigation Report. |
| *12/16/09* 28. *Full* 05-11-2007 | | Email from Christopher Sullivan to Kathleen Shapleigh regarding errors in reporting. |
| *12/15/09* 29. *Full* | 05-14-2007 05-15-2007 | Email chain between Christopher Sullivan and Plaintiff regarding disputed background check/lost wages. |
| 30. | 05-23-2007 | Email from John M. Walicki, Account Manager for Comensura to Patricia Angelo-Park and Byron A. Maddox regarding Plaintiff contacting NUSCO directly regarding the disputed background check/lost wages. |
| *12/15/09* 31. *Full* 05-23-2007 | | Email chain between John M. Walicki, Account Manager for Comensura and Byron A. Maddox regarding Plaintiff contacting NUSCO directly regarding the disputed background check/lost wages. |
| *12/17/09* 0B3̶2. *Sustained* 08-06-2007 | | Email to David from Steve Dern of Comensura/Guidant Group requesting guidance in handling Plaintiff. |
| *12/16/09* 33. *Full* 05-29-2007 | | Documents from Court of Pittsylvania County, Virginia regarding the criminal history and sentencing of Debra Jean Adams. |
| 34. | 05-08-2007 | Background Investigation Report (corrected). |
| 35. | 05-17-2007 | Letter to Plaintiff from Melissa L. Sorenson, Compliance Officer for Verifications regarding the disputed background check/lost wages. |
| 36. | 06-26-2007 | Notice to Quit Possession for non-payment of rent from Westhart Apartments, LLC to Plaintiff with supporting documentation. |
| 37. | 07-12-2007 | Paycheck stub for Plaintiff from Staffing Now, Inc. |
| 38. | 12-28-2007 | Paycheck stub for Plaintiff from Resource Group, Ltd of CT. |
| *12/17/09* 39. *Full* 06-19-2008 | | Letter from Plaintiff to Verifications, Inc. notifying them of the disputed background check information being sent to Kelly Law Registry. |
| 40. | 04-10-2008 | Verifications, Inc. Response to Plaintiff's First Set of Requests for Production. |
| 41. | 04-11-2008 | NESC's Responses and Objections to Plaintiff's First Set of Interrogatories and Requests for Production. |
| 42. | 04-14-2008 | Verifications, Inc.'s Response to Plaintiff's First Set of Interrogatories. |

| No. | Date | Description |
|---|---|---|
| 43. | 09-22-2008 | Plaintiff's Responses to NESC's First Set of Interrogatories and Requests for Production. |
| 44. | 10-16-2007 | Answer filed by Defendant Verifications. |
| 45. | 05-30-2008 | Answer filed by Defendant NESC |
| 46. | 10-28-2008 | Rule 56(a)(1) & 56(a)(2) Statements of Defendant Verifications |
| 47. | 10-14-2008 | Rule 56(a)(1) & 56(a)(2) Statements of Defendant NESC. |
| 48. | Undated | Expert report by Evan Hendricks. |
| 49. | 04-13-2007 | Email from Lary O'Keefe of NESC to Plaintiff regarding interview with Byron Maddox. |
| 50. | 05-15-2007 | Email from Byron Maddox to Plaintiff regarding the Contract Administrator Position/Inaccurate Background Verification |
| 51 | 05-09-2007 | Email from Plaintiff to Christopher Sullivan regarding erroneous background check. |
| 52 | 05-14-2007 | Email chain between Christopher Sullivan and Plaintiff regarding erroneous background check. |
| 53 | 05-02-2007 | Consumer Report/Investigative Consumer Report Disclosure and Release of Information Authorization |
| 54 | 05-09-2007 | Facsimile from Plaintiff to Verifications enclosing Plaintiff's letters to the FTC and the Circuit Court in Virginia. |
| 55. | 05-11-2007 | Email from Robin Mack to Mary Poquette regarding Plaintiff's complaint to the FTC. |
| 56. | 05-14-2007 | Facsimile from Plaintiff to Verifications (Melissa/Compliance) enclosing Plaintiff's letter to Mary Poquette. |
| 57. | 05-16-2007 | Facsimile from Plaintiff to Verifications (Curt Marks c/o Lianne Johanson regarding erroneous background check. |
| 58. | 05-22-2007 | Facsimile from Plaintiff to Comensura, Verifications and NESC enclosing letter to Comensura regarding erroneous background check. |
| 59. | 08-06-2007 | Letter from Plaintiff to Mark Francini, Human Resources Manager of NU advising NU of the complaint file in CT Superior Court. |
| 60. | 05-11-2007 | Facsimile from Plaintiff to Verifications regarding erroneous background check. |
| 61. | 05-15-2007 | Email from Byron Maddox to Plaintiff regarding erroneous background check. |
| 62. | 06-04-2007 | Letter to Plaintiff from Lauren J. Noether of the New Hampshire Attorney General's office regarding erroneous background check. |

| No. | Date | Description |
|---|---|---|
| 63. | 05-23-2007 | Letter to Plaintiff from Delane Smith, an investigator with the Office of the Attorney General in South Dakota. |
| 12/15/09 64. Full | Undated | Guidant Job Order. |
| 12/15/09 65. Full | 05-08-2007 | Email from Christopher Sullivan to Kathleen Shapleigh regarding Verifications' error in not running social security no. |
| 12/15/09 66. Full | 05-08-07 | Email from Christopher Sullivan to Kathleen Shapleigh regarding erroneous background check. |
| 12/15/09 67. Full | 05-11-2007 | Email from Christopher Sullivan to Kathleen Shapleigh enclosing scan of erroneous background check. |
| 68. | | |
| 69. | | |
| 70. | | |
| 71. | | |
| 72. | | |
| 73. | | |
| 74. | | |
| 75. | | |

Verifications objects to the Plaintiff's proposed exhibits numbered 2-25, 33, 36-38 on the basis of hearsay.