## △ INDEX

Tabs

12/16/09   1 Full   Exhibit 500   - Deborah Adams's resume.

12/17/09   2 ~~Full~~ ID Exhibit 501   - FTC Opinion Letter dated June 11, 1996, regarding determination of "consumer reporting agency."

12/17/09   3 ~~Full~~ ID Exhibit 502   - FTC Opinion Letter dated November 20, 1998, regarding determination of "joint users."

12/17/09   4 ID  Exhibit 503   - Federal Trade Commission Commentary on the Fair Reporting Act (May 4, 1990), 16 CFR Part 600, App. ¶ 603(f)-8. Joint Users of Consumer Reports

5   Exhibit 504   - "How to Prepare for a Background Check" (Attached to National's expert disclosure.)

12/19/09   6 Full Exhibit 505   - Email by Patricia Angelo-Park to Kathy Shapleigh dated 5/11/07 4:29 PM regarding Plaintiff's past employment.

-Email by Kathy Shapleigh to Patricia Angelo-Park dated 5/11/07 5:09 PM regarding Plaintiff's past employment.

-Email by Kathy Shapleigh to Patricia Angelo-Park dated 5/11/07 5:43 PM regarding Plaintiff's cleared background report.

7   Exhibit 506   - Email by Christopher Sullivan to Kathy Shapleigh dated 5/08/07 3:49 PM regarding Plaintiff's background investigation.

Email by Maura Demars to Christopher Sullivan dated 5/08/07 3:50 PM regarding Plaintiff's background investigation.

Email by Amy Vikander to Maura Demars dated 5/08/07 3:43 PM regarding Plaintiff's background investigation.

8   Exhibit 507  -Court Search Record with Request Date of 5/04/07 and Return date of 5/04/07

9   Exhibit 508  -Consumer Report/Investigative Consumer Report Disclosure and Release of Information Authorization signed by Plaintiff.

12/16/09   10 Full Exhibit 509  -Comensura Consumer Report/Drug Test Release signed by Plaintiff

11   Exhibit 510  -National's Contract Employment Package signed by Plaintiff which includes, Employee Hourly Contract and Obligations, Payroll and Security Information, Employee Patent-License-Copyright Agreement, Right to Know-Certification, Pre-Employment Registration Form, W-4 Form, I-9 Employment Eligibility Verification, Affidavit by Notary Public in Execution of Form I-9, I-9 and W-4 Forms Return Slip, Direct Deposit Form, Authorized Agreement for Preauthorized Credits and Correcting Debits, Commonwealth of Massachusetts Notification of Unemployment Insurance Eligibility Requirement.

12   Exhibit 511  -Email by Plaintiff to Christopher Sullivan dated 5/09/07 8:04 AM regarding Plaintiff's background investigation.

Email by Christopher Sullivan to Plaintiff dated 5/09/07 8:59 AM regarding Plaintiff's background report.

Email by Plaintiff to Christopher Sullivan dated 5/09/07 5:44 PM regarding Plaintiff's potential assignment.

Email by Christopher Sullivan to Plaintiff dated 5/09/07 6:43 PM regarding Plaintiff's potential assignment.

Email by Plaintiff to Christopher Sullivan dated 5/11/09 6:04 AM regarding Plaintiff's potential assignment and background report.

Email by Christopher Sullivan to Plaintiff dated 5/11/09 8:24 AM regarding Plaintiff's background report.

Email by Plaintiff to Christopher Sullivan dated 5/12/07 7:29 AM regarding location of National.

Email by Christopher Sullivan to Plaintiff dated 5/12/07 10:23 AM regarding location of National.

Email by Plaintiff to Christopher Sullivan dated 5/13/07 8:26 AM regarding Plaintiff's background report.

Email by Christopher Sullivan to Plaintiff dated 5/14/07 7:31 AM regarding addresses of National and Verifications.

13. Exhibit 512 - Email by Plaintiff to Lary O'Keefe and Christopher Sullivan dated 5/14/07 9:26 AM regarding voice mail.

Email by Christopher Sullivan to Plaintiff dated 5/14/07 9:44 AM regarding Plaintiff's potential assignment.

      Email by Plaintiff to Christopher Sullivan dated 5/14/07 1:03 PM regarding Plaintiff's background report.

      Email by Christopher Sullivan to Plaintiff dated 5/14/07 1:09 PM regarding Plaintiff's background check.

      Email by Plaintiff to Christopher Sullivan dated 5/14/07 2:48 PM regarding filing of complaint.

      Email by Christopher Sullivan to Plaintiff dated 5/15/07 9:23 AM regarding filing of complaint.

14. Exhibit 513 - Letter by Plaintiff to Clerk of Circuit Court, Chatham VA dated April 7, 2006 regarding a record in Virginia.

15. Exhibit 514 - Fax Cover Sheet by Plaintiff to Comensura, Verifications, and National dated 5/22/07 2:15 PM regarding alleged negligent backcheck reporting.

16. Exhibit 515 - Letter by Plaintiff to Comensura dated May 21, 2007 regarding Plaintiff's background check

17. Exhibit 516 - Letter by Plaintiff to James A. Klein, National, dated May 15, 2007 regarding Plaintiff's background check and potential assignment.

18. Exhibit 517 - Consumer Complaint Form by Plaintiff to Office of the Attorney General Consumer Protection and Antitrust Bureau dated 5/14/07 6:20 PM regarding Plaintiff's background check and potential assignment.

19. Exhibit 518 - Fax cover sheet by Plaintiff to Christopher Sullivan dated 5/08/07 6:57 PM

    National Criminal File Search Results by ChoicePoint Services, Inc., faxed by Plaintiff on 5/08/07 6:57 PM

    Letter by Plaintiff to Adecco USA dated 4/07/06 regarding previous background check.

    Letter by Plaintiff to Choice Point dated 4/06/06 regarding background check.

20. Exhibit 519 - Sentencing Order, Virginia: In the Circuit Court of Pittsylvania County, faxed by Plaintiff on 5/09/07

21. Exhibit 520 - Letter by Plaintiff to Mary Poquette, Verifications, dated 5/14/07 regarding background investigation and Plaintiff's potential assignment.

22. Exhibit 521 - Email by Amy Vikander, Verifications, to Maura Demars, notice of applicant report ready, dated 5/08/07 3:44 PM regarding Plaintiff's background report.

23. Exhibit 522 - Guidant Staff Enabler computer screen printout showing position canceled, dated 3/19/08 regarding the Plaintiff's potential position.

24. Exhibit 523 - Tenure policy for temporary personnel relating to employees managed by the Guidant Group for Northeast Utilities.

25. [handwritten: Same As TI # 27] full Exhibit 524 - Verifications Background Investigation Report on Plaintiff

| | | |
|---|---|---|
| | 26 | Exhibit 525 - Fax cover sheet and additional documents faxed by Plaintiff to Verifications, South Dakota Attorney General's Office, and National, dated 5/11/07 8:34 AM |
| 12/16/09 | 27 Full | Exhibit 526 - Letter by Melissa Sorenson to Plaintiff dated 5/17/07 regarding Plaintiff's background report. |
| | 28 | Exhibit 527 - Consumer Statement, State of Connecticut, Department of Consumer Protection, dated 5/14/07 and signed by Plaintiff regarding complaint against National. |
| | 29 | Exhibit 528 - Summons, Notice to quit possession, Complaint against Plaintiff in Summary Process (Eviction) action. |
| | 30 | Exhibit 529 - Letter by Janet Blythe, White & Katzman, to Plaintiff dated 4/12/07 regarding Plaintiff's overdue rent. |
| | 31 | Exhibit 530 - Statements of rent owed by Plaintiff dated 5/15/07. |
| | 32 | Exhibit 531 - Letter by Plaintiff to Dennis Kanegaye, Comensura, dated 5/21/07 regarding Plaintiff's background investigation and potential assignment. |
| | 33 | Exhibit 532 - Plaintiff's federal income tax returns |
| 12/16/09 | 34 I.D. | Exhibit 533 - Pictures of Trevor Adams  *objection sustained* |
| | 35 | Exhibit 534 - Temporary Worker Agreement |
| 12/18/09 | 36 | Exhibit 535 - Expert report by Anne Fortney.   535B - Full 12/17/09 / 535A I.D. 12/17/09 |
| | 37 | Exhibit 536 - Expert report by Evan Hendricks |
| | 38 | Exhibit 537 - Expert report by Barry Nadell |
| | 39 | Exhibit 538 - Deposition transcripts of Mary Poquette. |

40  Exhibit 539 - Deposition transcripts of Kathy Shapleigh.

41  Exhibit 540 - Deposition transcripts of Christopher Sullivan.

42  Exhibit 541 - Deposition transcripts of Plaintiff.

43  Exhibit 542 - Plaintiff's responses and objections to National's interrogatories and requests for production.

44  Exhibit 543 - Plaintiff's responses and objections to Verifications's interrogatories and requests for production.

45  Exhibit 544 - Verifications's responses and objections to National's interrogatories and requests for production.

46  Exhibit 545 - Verification's responses and objections to National's interrogatories and requests for production.

47  Exhibit 546 - National's Local Rule 56(a)(1) Statement filed with its Motion for summary judgment.

48  Exhibit 547 - Plaintiff's response Local Rule 56(a)(2) Statement to National's Local Rule 56(a)(1) Statement.

49  Exhibit 548 - Verification's Answer and special defenses and cross-claims.

50  Exhibit 549 - National's answer and special defenses and cross-claims.

Verifications's answer to cross-claim.

National's answer to cross-claim.

51  Exhibit 550 – Verifications' Local Rule 56(a)(1) and 56 (a) (2) Statements.

52    Exhibit 551- User Certification and Client Services Agreement.

53    Exhibit 552 - Contract between National Engineering and Comensura.

12/17/09   54 ID Exhibit 553 – Anne Fortney Supplemental Expert Report.

VERIFICATIONS INC.
12/18/09   700 - Full Barry Nadell Information

## CROSS REFERENCE OF EXHIBITS

(First number corresponds to the exhibit number on the Joint Trial Memorandum and the second number is the number of the anticipated exhibit that will be used at trial.)

## NATIONAL'S ANTICIPATED EXHIBITS:

**101 now 500**. Deborah Adams's resume.

**102 now 501**. FTC Opinion Letter dated June 11, 1996, regarding determination of "consumer reporting agency."

**103 now 502**. FTC Opinion Letter dated November 20, 1998, regarding determination of "joint users."

**104 now 503**. Federal Trade Commission Commentary on the Fair Reporting Act (May 4, 1990), 16 CFR Part 600, App. ¶ 603(f)-8. Joint Users of Consumer Reports

**105 now 504**. "How to Prepare for a Background Check" (Attached to National's expert disclosure.)

**106 now 505**. Email by Patricia Angelo-Park to Kathy Shapleigh dated 5/11/07 4:29 PM regarding Plaintiff's past employment.

**107 now included in 505**. Email by Kathy Shapleigh to Patricia Angelo-Park dated 5/11/07 5:09 PM regarding Plaintiff's past employment.

**108 now included in 505**. Email by Kathy Shapleigh to Patricia Angelo-Park dated 5/11/07 5:43 PM regarding Plaintiff's cleared background report.

**109 now included in 506**. Email by Christopher Sullivan to Kathy Shapleigh dated 5/08/07 3:49 PM regarding Plaintiff's background investigation.

**110 now included in 506.**   Email by Maura Demars to Christopher Sullivan dated 5/08/07 3:50 PM regarding Plaintiff's background investigation.

**111 now included in 506.**   Email by Amy Vikander to Maura Demars dated 5/08/07 3:43 PM regarding Plaintiff's background investigation.

**112 now 507.** Court Search Record with Request Date of 5/04/07 and Return date of 5/04/07

**113 now 508.** Consumer Report/Investigative Consumer Report Disclosure and Release of Information Authorization signed by Plaintiff.

**114 now 509.** Comensura Consumer Report/Drug Test Release signed by Plaintiff

**115 now 510.** National's Contract Employment Package signed by Plaintiff which includes, Employee Hourly Contract and Obligations, Payroll and Security Information, Employee Patent-License-Copyright Agreement, Right to Know-Certification, Pre-Employment Registration Form, W-4 Form, I-9 Employment Eligibility Verification, Affidavit by Notary Public in Execution of Form I-9, I-9 and W-4 Forms Return Slip, Direct Deposit Form, Authorized Agreement for Preauthorized Credits and Correcting Debits, Commonwealth of Massachusetts Notification of Unemployment Insurance Eligibility Requirement.

**116 now included in 511.**   Email by Plaintiff to Christopher Sullivan dated 5/09/07 8:04 AM regarding Plaintiff's background investigation.

**117 now included in 511.**   Email by Christopher Sullivan to Plaintiff dated 5/09/07 8:59 AM regarding Plaintiff's background report.

2

**118 now included in 511.**   Email by Plaintiff to Christopher Sullivan dated 5/09/07 5:44 PM regarding Plaintiff's potential assignment.

**119 now included in 511.**   Email by Christopher Sullivan to Plaintiff dated 5/09/07 6:43 PM regarding Plaintiff's potential assignment.

**120 now included in 511.**   Email by Plaintiff to Christopher Sullivan dated 5/11/09 6:04 AM regarding Plaintiff's potential assignment and background report.

**121 now included in 511.**   Email by Christopher Sullivan to Plaintiff dated 5/11/09 8:24 AM regarding Plaintiff's background report.

**122 now included in 511.**   Email by Plaintiff to Christopher Sullivan dated 5/12/07 7:29 AM regarding location of National.

**123 now included in 511.**   Email by Christopher Sullivan to Plaintiff dated 5/12/07 10:23 AM regarding location of National.

**124 now included in 511.**   Email by Plaintiff to Christopher Sullivan dated 5/13/07 8:26 AM regarding Plaintiff's background report.

**125 now included in 511.**   Email by Christopher Sullivan to Plaintiff dated 5/14/07 7:31 AM regarding addresses of National and Verifications.

**126 now included in 512.**   Email by Plaintiff to Lary O'Keefe and Christopher Sullivan dated 5/14/07 9:26 AM regarding voice mail.

**127 now included in 512.**   Email by Christopher Sullivan to Plaintiff dated 5/14/07 9:44 AM regarding Plaintiff's potential assignment.

**128 now included in 512.**   Email by Plaintiff to Christopher Sullivan dated 5/14/07 1:03 PM regarding Plaintiff's background report.

3

**129 now included in 512**.   Email by Christopher Sullivan to Plaintiff dated 5/14/07 1:09 PM regarding Plaintiff's background check.

**130 now included in 512**.   Email by Plaintiff to Christopher Sullivan dated 5/14/07 2:48 PM regarding filing of complaint.

**131 now included in 512**.   Email by Christopher Sullivan to Plaintiff dated 5/15/07 9:23 AM regarding filing of complaint.

**132 now included in 513**.   Letter by Plaintiff to Clerk of Circuit Court, Chatham VA dated April 7, 2006 regarding a record in Virginia.

**133 now included in 514**.   Fax Cover Sheet by Plaintiff to Comensura, Verifications, and National dated 5/22/07 2:15 PM regarding alleged negligent background check reporting.

**134 now included in 515**.   Letter by Plaintiff to Comensura dated May 21, 2007 regarding Plaintiff's background check.

**135 now 516**. Letter by Plaintiff to James A. Klein, National, dated May 15, 2007 regarding Plaintiff's background check and potential assignment.

**136 now 517**. Consumer Complaint Form by Plaintiff to Office of the Attorney General Consumer Protection and Antitrust Bureau dated 5/14/07 6:20 PM regarding Plaintiff's background check and potential assignment.

**137 now included in 518**.   Fax cover sheet by Plaintiff to Christopher Sullivan dated 5/08/07 6:57 PM

**138 now included in 518**.   National Criminal File Search Results by ChoicePoint Services, Inc., faxed by Plaintiff on 5/08/07 6:57 PM

4

**139 now included in 518**.   Letter by Plaintiff to Adecco USA dated 4/07/06 regarding previous background check.

**140 now included in 518**.   Letter by Plaintiff to Choice Point dated 4/06/06 regarding background check.

**141 now 519**. Sentencing Order, Virginia: In the Circuit Court of Pittsylvania County, faxed by Plaintiff on 5/09/07

**142 now included in 525**.   Letter by Sandra H. Curtis, Choice Point, to Plaintiff dated 4/25/06 regarding background check.

**143 now included in 525**.   Letter by ChoicePoint WorkPlace Solutions, Inc. to Plaintiff dated 4/10/06 regarding background check.

**144 now included in 525**.   Letter by Plaintiff to Federal Trade Commission dated 5/09/07 regarding background investigation.

**145 now included in 525**.   Letter by Plaintiff to Verifications, Inc., dated 5/11/07 regarding background investigation.

**146 now 520.** Letter by Plaintiff to Mary Poquette, Verifications, dated 5/14/07 regarding background investigation and Plaintiff's potential assignment.

**147 now 521**. Email by Amy Vikander, Verifications, to Maura Demars, notice of applicant report ready, dated 5/08/07 3:44 PM regarding Plaintiff's background report.

**148 now 522**. Guidant Staff Enabler computer screen printout showing position canceled, dated 3/19/08 regarding the Plaintiff's potential position.

**149 now 523**. Tenure policy for temporary personnel relating to employees managed by the Guidant Group for Northeast Utilities.

5

1024

**150 now 524**. Verifications Background Investigation Report on Plaintiff

**151 now 525**. Fax cover sheet and additional documents faxed by Plaintiff to Verifications, South Dakota Attorney General's Office, and National, dated 5/11/07 8:34 AM

**152 now 526**. Letter by Melissa Sorenson to Plaintiff dated 5/17/07 regarding Plaintiff's background report.

**153 now 527**. Consumer Statement, State of Connecticut, Department of Consumer Protection, dated 5/14/07 and signed by Plaintiff regarding complaint against National.

**154 now 528**. Summons, Notice to quit possession, Complaint against Plaintiff in Summary Process (Eviction) action.

**155 now 529**. Letter by Janet Blythe, White & Katzman, to Plaintiff dated 4/12/07 regarding Plaintiff's overdue rent.

**156 now 530**. Statements of rent owed by Plaintiff dated 5/15/07.

**157 now 531**. Letter by Plaintiff to Dennis Kanegaye, Comensura, dated 5/21/07 regarding Plaintiff's background investigation and potential assignment.

**158 now 532**. Plaintiff's federal income tax returns

**159 now 533**. Pictures of Trevor Adams

**160 now 534**. Temporary Worker Agreement

**161 now 535**. Expert report by Anne Fortney.

**162 now 536**. Expert report by Evan Hendricks

**163 now 537**. Expert report by Barry Nadell

**164 now 538**. Deposition transcripts of Mary Poquette.

**165 now 539**. Deposition transcripts of Kathy Shapleigh.

**166 now 540**. Deposition transcripts of Christopher Sullivan.

**167 now 541**. Deposition transcripts of Plaintiff.

**168 now 542**. Plaintiff's responses and objections to National's interrogatories and requests for production.

**169 now 543**. Plaintiff's responses and objections to Verifications's interrogatories and requests for production.

**170 now 544**. Verifications's responses and objections to National's interrogatories and requests for production.

**171 now 545**. Verification's responses and objections to Plaintiff's (joint trial memorandum typo stated National's) interrogatories and requests for production.

**172 now included in 546**.   National's Local Rule 56(a)(1) Statement filed with its Motion for summary judgment.

**173 now included in 546**.   Plaintiff's response Local Rule 56(a)(2) Statement to National's Local Rule 56(a)(1) Statement.

**175 now 548**. Verifications's answer and special defenses and cross-claims.

**176 now included in 549**. National's answer and special defenses and cross-claims.

**178 now included in 549**. National's answer to cross claim.

**179 now 550**. Verifications's Local Rule 56(a)(1) and 56(a)(2) Statements.

551. User Certification.

552. Contract between National and the Guidant Group.

553. Anne Fortney Supplemental Report.