**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

DEBORAH ADAMS,
    Plaintiff,

v.                               3:07-cv-1035 (WWE)

NATIONAL ENGINEERING SERVICE
CORPORATION and VERIFICATIONS INC.,
    Defendants.

## SPECIAL VERDICT FORM

(INTERROGATORIES)

I. **Each of the following questions should be answered only with regard to defendant National Engineering Service Corporation.**

    COUNT ONE: WILLFUL FAILURE TO COMPLY WITH SECTION 1681e(b)

    A.    Has plaintiff proven by a preponderance of the evidence that defendant National Engineering Service Corporation willfully failed to follow reasonable procedures to assure maximum possible accuracy of the information concerning plaintiff?

           Yes _____    No __X__

    B.    Has plaintiff proven by a preponderance of the evidence that defendant National Engineering Service Corporation reported inaccurate information about plaintiff?

           Yes _____    No __X__

    C.    If you answered "yes" to questions I.A. and I.B., has plaintiff proven by a preponderance of the evidence that she was injured?

           Yes _____    No _____

    D.    If you answered "yes" to question I.C., has plaintiff proven by a preponderance of the evidence that defendant National Engineering Service Corporation's acts or omissions were a proximate cause of plaintiff's injuries?

           Yes _____    No _____

        If you answered "yes" to questions I.A., I.B, I.C. and I.D., be sure to answer question III.A. and question III.B.

1

COUNT TWO: WILLFUL FAILURE TO COMPLY WITH SECTION 1681k

E.  Has plaintiff proven by a preponderance of the evidence that defendant National Engineering Service Corporation willfully failed to notify her, at the time that the public record information was reported, of the fact that public record information was being reported by National Engineering Service Corporation, together with the name and address of the person to whom such information was being reported?

   Yes _____    No __X__

F.  Has plaintiff proven by a preponderance of the evidence that defendant National Engineering Service Corporation willfully failed to maintain strict procedures designed to insure that whenever public record information which is likely to have an adverse effect on plaintiff's ability to obtain employment is reported it is complete and up to date?

   Yes _____    No __X__

G.  If you answered "yes" to questions I.E. and I.F., has plaintiff proven by a preponderance of the evidence that defendant National Engineering Service Corporation's acts or omissions were a proximate cause of any injury to her?

   Yes _____    No _____

   If you answered "yes" to questions I.E., I.F. and I.G., be sure to answer question III.A. and question III.C.

COUNT THREE: NEGLIGENT FAILURE TO COMPLY WITH SECTION 1681e(b)

H.  Has plaintiff proven by a preponderance of the evidence that defendant National Engineering Service Corporation negligently failed to follow reasonable procedures to assure maximum possible accuracy of the information concerning plaintiff?

   Yes _____    No __X__

I.  Has plaintiff proven by a preponderance of the evidence that defendant National Engineering Service Corporation reported inaccurate information about plaintiff?

   Yes __X__    No _____

J.  If you answered "yes" to questions I.H. and I.I., has plaintiff proven by a preponderance of the evidence that she was injured?

   Yes _____    No _____

2

K.  If you answered "yes" to question I.J., has plaintiff proven by a preponderance of the evidence that defendant National Engineering Service Corporation's acts or omissions were a proximate cause of plaintiff's injuries?

    Yes _____ No _____

If you answered "yes" to questions I.H., I.I., I.J. <u>and</u> I.K., be sure to answer question III.A.

## COUNT FOUR: NEGLIGENT FAILURE TO COMPLY WITH SECTION 1681k

L.  Has plaintiff proven by a preponderance of the evidence that defendant National Engineering Service Corporation negligently failed to notify her, at the time that the public record information was reported, of the fact that public record information was being reported by National Engineering Service Corporation, together with the name and address of the person to whom such information was being reported?

    Yes _____ No __X__

M.  Has plaintiff proven by a preponderance of the evidence that defendant National Engineering Service Corporation negligently failed to maintain strict procedures designed to insure that whenever public record information which is likely to have an adverse effect on plaintiff's ability to obtain employment is reported it is complete and up to date?

    Yes __X__ No _____

N.  If you answered "yes" to questions I.L. and I.M., has plaintiff proven by a preponderance of the evidence that defendant National Engineering Service Corporation's acts or omissions were a proximate cause of any injury to her?

    Yes _____ No _____

If you answered "yes" to questions I.L., I.M. <u>and</u> I.N., be sure to answer question III.A.

## COUNT SEVEN: NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

O.  Plaintiff must prove by a preponderance of the evidence that defendant National Engineering Service Corporation negligently inflicted emotional distress upon her by proving all four elements set forth below.

    1.  Has plaintiff proven by a preponderance of the evidence that defendant National Engineering Service Corporation's conduct created an unreasonable risk of causing emotional distress?

        Yes _____ No __X__

3

2. Has plaintiff proven by a preponderance of the evidence that defendant National Engineering Service Corporation knew or should have known that its conduct created this unreasonable risk?

   Yes _____   No __X__

3. Has plaintiff proven by a preponderance of the evidence that defendant National Engineering Service Corporation knew or should have known that the emotional distress, if caused, might result in injury to plaintiff?

   Yes _____   No __X__

4. Has plaintiff proven by a preponderance of the evidence that defendant National Engineering Service Corporation actually caused her to suffer emotional distress?

   Yes _____   No __X__

If you answered "yes" to all four questions under I.O., be sure to answer question III.D.

II. **Each of the following questions should be answered only with regard to defendant Verifications, Inc.**

COUNT FIVE: NEGLIGENT FAILURE TO COMPLY WITH SECTION 1681e(b)

A. Has plaintiff proven by a preponderance of the evidence that defendant Verifications, Inc. negligently failed to follow reasonable procedures to assure maximum possible accuracy of the information concerning plaintiff?

   Yes _____   No __X__

B. Has plaintiff proven by a preponderance of the evidence that defendant Verifications, Inc. reported inaccurate information about plaintiff?

   Yes __X__   No _____

C. If you answered "yes" to questions II.A. and II.B., has plaintiff proven by a preponderance of the evidence that she was injured?

   Yes _____   No _____

D. If you answered "yes" to question II.C., has plaintiff proven by a preponderance of the evidence that defendant Verifications, Inc.'s acts or omissions were a proximate cause of plaintiff's injuries?

   Yes _____   No _____

If you answered "yes" to questions II.A., II.B., II.C. and II.D., be sure to answer question III.A.

4

COUNT SIX: NEGLIGENT FAILURE TO COMPLY WITH SECTION 1681k

E. Has plaintiff proven by a preponderance of the evidence that defendant Verifications Inc. negligently failed to notify her, at the time that the public record information was reported, of the fact that public record information was being reported by Verifications Inc., together with the name and address of the person to whom such information was being reported?

   Yes __X__   No _____

F. Has plaintiff proven by a preponderance of the evidence that defendant Verifications, Inc. negligently failed to maintain strict procedures designed to insure that whenever public record information which is likely to have an adverse effect on plaintiff's ability to obtain employment is reported it is complete and up to date?

   Yes _____   No __X__

G. If you answered "yes" to questions II.E. and II.F., has plaintiff proven by a preponderance of the evidence that defendant Verifications, Inc.'s acts or omissions were a proximate cause of any injury to her?

   Yes _____   No _____

   If you answered "yes" to questions II.E., II.F. and II.G., be sure to answer question III.A.

COUNT EIGHT: NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

H. Plaintiff must prove by a preponderance of the evidence that defendant Verifications, Inc. negligently inflicted emotional distress upon her by proving all four elements set forth below.

   1. Has plaintiff proven by a preponderance of the evidence that defendant Verifications, Inc.'s conduct created an unreasonable risk of causing emotional distress?

      Yes _____   No __X__

   2. Has plaintiff proven by a preponderance of the evidence that defendant Verifications, Inc. knew or should have known that its conduct created this unreasonable risk?

      Yes _____   No __X__

   3. Has plaintiff proven by a preponderance of the evidence that defendant Verifications, Inc. knew or should have known that the emotional distress, if caused, might result in injury to plaintiff?

      Yes _____   No __X__

    4.    Has plaintiff proven by a preponderance of the evidence that defendant Verifications, Inc. actually caused her to suffer emotional distress?

        Yes _____    No __X__

If you answered "yes" to all four questions under II.H., be sure to answer question III.D.

## III. Damages

A. If you answered "yes" to question I.D., I.G., I.K., I.N., II.D. and/or II.G., how much do you award plaintiff Deborah Adams in economic and/or compensatory damages?

    Economic Damages:    $_____

    Compensatory Damages:  $_____

    Total:    $_____

B. If you answered "yes" to question I.D., how much do you award plaintiff Deborah Adams in punitive damages for willful acts or omissions by National Engineering Service Corporation in violation of section 1681e(b)?

    Punitive Damages:    $_____

C. If you answered "yes" to question I.G., how much do you award plaintiff Deborah Adams in punitive damages for willful acts or omissions by National Engineering Service Corporation in violation of section 1681k?

    Punitive Damages:    $_____

D. If you answered "yes" to all four questions under I.O. and/or II.H., how much do you award plaintiff in damages for negligent infliction of emotional distress?

    Compensatory Damages: $_____

_____339_____
FOREPERSON

___12/21/09___
DATE