# United States District Court

DISTRICT OF ——

~~PLAINTIFF~~
~~EXHIBIT AND~~ WITNESS LIST

ADAMS
v.
NATIONAL ENGINEERING SVCS. CORP., et al

CASE NUMBER: 3:07CV1035 (WWE)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| W.W. EGINTON | WILLIAM MADSEN, TODD STEIGMAN | NESC - WILLIAM KUANSE, MICHAEL COFFEY - VERMONT |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 12/15/09, 12/16, 12/17, 12/18, 12/21 | TERRI FIDANZA, SUE CATUCCI | D. CANDEE |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF ~~EXHIBITS~~ AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 12/15/09 | | | DEBORAH ADAMS — PENNSYLVANIA |
| ✓ | | 12/17/09, 12/15/09 | 2:00PM | 4:20PM | KATHLEEN SHAPLEIGH — |
| ✓ | | 12/16/09 | | | DEBORAH ADAMS — |
| ✓ | | 12/16/09 | | | CHRISTOPHER SULLIVAN — DOVER, N.H. |
| ✓ | | 12/16/09 | | | EVAN HENDRICKS — MARYLAND |
| ✓ | | 12/17/09 | | | MARY POQUETTE — BLOOMINGTON, MN |

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
12/21/09 20
Roberta D. Tabora, Clerk
By D. Candee
~~Deputy Clerk~~

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages