# United States District Court

| | | | | | |
|---|---|---|---|---|---|
| ADAMS v. NATIONAL ENGINEERING Svcs. Corp, et al | | | | DISTRICT OF | DEFENDANT NATIONAL ENGINEERING ~~EXHIBIT AND~~ WITNESS LIST |

CASE NUMBER: 3:07CV1035 (WWE)

PRESIDING JUDGE: W.W. EGINTON
PLAINTIFF'S ATTORNEY: WILLIAM MADSEN, TODD STEIGMAN
DEFENDANT'S ATTORNEY: NESC - WILLIAM KUPINSE, VERIFICATION - MICHAEL COFFEY
TRIAL DATE(S): 12/15/09, 12/16, 12/17, 12/18, 12/21
COURT REPORTER: TERRI FIDANZA, SUE CATUCCI
COURTROOM DEPUTY: D. CANDEE

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 12/16/09 | | | MAURA DEMARS, PORTSMOUTH, N.H. |
| | ✓ | 12/17/09 | | | ANNE FORTNEY, WASHINGTON, D.C. |
| | ✓ | 12/17/09 | | | CHRISTOPHER SULLIVAN, DOVER NH |
| | ✓ | 12/17/09 | | | JOHN MADDEN, ANDOVER, MA |

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
12/21/09
Roberta D. Tabora, Clerk
By D. Candee
Deputy Clerk

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages