# United States District Court

DISTRICT OF _____

ADAMS
v.
NATIONAL ENGINEERING SVCS., CORP, ET AL

~~EXHIBIT AND~~ DEFENDANT VERIFICATION WITNESS LIST

CASE NUMBER: 3:07CV1035 (WWE)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| W.W. EGINTON | WILLIAM MADSEN, TODD STEIGMAN | (NESC) - WILLIAM KUPINSE, MICHAEL COFFEY-NERFI |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 12/15/09, 12/16, 12/17, 12/18, 12/21 | T. FIDANZA, S. CATUCCI | D. CANDEE |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 12/18/09 |  |  | BARRY NADELL, CHATSWORTH, CA |

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
12/21/09 , 20___
Roberta D. Tabora, Clerk
By D. Candee
Deputy Clerk

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages